IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANGEL MARTINEZ
*On his own behalf and on behalf of all others
similarly situated*                                                            PLAINTIFFS

V.                                                                             NO. 3:16CV00032-MPM-JMV

TRI-STATE ENTERPRISES, LLC, ET AL.                        DEFENDANTS

## ORDER GRANTING MOTION FOR SANCTIONS

Before the Court is Plaintiff's Motion for Sanctions in Violation of Federal Rule of Civil Procedure 26(a) and 37(a). Plaintiff seeks an order awarding a monetary sanction, including attorney's fees and costs incurred in filing the instant motion, against defendants for their failure to make initial disclosures as ordered in the Case Management Order. No objection has been filed by any defendant.[1] Accordingly, for the reasons stated in the motion, it is hereby GRANTED. Within 7 days of this date, counsel for Plaintiff must file an affidavit supporting any reasonable fees and costs incurred in filing the instant motion. All fees and costs must be itemized.

SO ORDERED this 6th day of July, 2016.

                                                             **/s/ Jane M. Virden**
                                                             **U. S. MAGISTRATE JUDGE**

---

[1] The Court also notes defendants are in violation of the May 25 Order [19] which required the individual defendants to either hire new counsel or notify the Court in writing of intent to proceed pro se and required the business defendant to retain new counsel.