UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANGEL MARTINEZ, on his own
behalf and on behalf of all others
similarly situated, PLAINTIFF

v.                                        Cause No: 3:16-cv-00032-MPM-JMV

TRI-STATE ENTERPRISES, LLC;
REGINA BROCK; LEE BROCK; and
MICHAEL BROCK, DEFENDANTS

ORDER

This Court previously granted Plaintiff's Motion for Sanctions [18] and directed the Plaintiff to submit an itemized affidavit of attorney's fees and costs. *See* Order [23]. The Plaintiff has done so. *See* Bill of Costs [24]. The Court concludes that the requested amount of fees is reasonable and awards it as a sanction.

IT IS HEREBY ORDERED that the Defendants are jointly and severally liable for and shall tender within fourteen (14) days of service of this order upon them a total of four hundred and twenty-five dollars ($425.00) to Plaintiff's counsel, Matthew Reid Krell. The individual defendants are further ordered to within five (5) days of service upon them of this order complete their initial disclosures and file a certificate of service with this Court to that effect. Defendants are reminded that failure to comply with the Court's orders may subject them to further sanctions. Plaintiff's counsel is directed to serve this order upon the Defendants in accordance with Rule 5 and to file a certificate of service to that effect.

IT IS SO ORDERED this 11th day of August, 2016.

/s/ Jane M. Virden
United States Magistrate Judge