**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ANGEL MARTINEZ**
*On his own behalf and on behalf of all others
similarly situated*                                                            **PLAINTIFFS**

**V.**                                                            **NO. 3:16CV00032-MPM-JMV**

**TRI-STATE ENTERPRISES, LLC, ET AL.**                           **DEFENDANTS**

**ORDER APPROVING ATTORNEYS' FEES AND EXPENSES**

By Order [48] dated March 13, 2017, the Court awarded sanctions against the defendants, jointly and severally, in the form of reasonable attorneys' fees incurred in Plaintiff's counsel's drafting and presenting the original motion for contempt [33], a second motion for contempt [43], and a motion to compel [47]. Counsel for Plaintiff timely filed an itemization of fees and expenses in accordance with that Order; however, defendants did not file any objections within the time frame allowed by the Court. Having thoroughly considered the submissions of Plaintiff's counsel, the Court finds the total amount of fees and expenses incurred, $4,954.81,[1] is reasonable.

**THEREFORE, IT IS ORDERED**:

That by **May 22, 2017**, defendants shall pay **$4,954.81** to Plaintiff for the benefit of Plaintiff's counsel. Failure to comply with this order may be deemed a willful disregard of the Court's order and may subject defendants to further sanctions, including–but not limited to–further monetary sanctions and entry of a default judgment. Defense counsel must promptly provide each

---

[1] Counsel for Plaintiff have confirmed through correspondence with the Court that the reported $4,625.00 total for attorneys' fees is incorrect and should be $4,425.00.

defendant with a copy of this order and file certification of the same by **April 14, 2017.**

SO ORDERED this 7th day of April, 2017.

/s/ Jane M. Virden
**U. S. MAGISTRATE JUDGE**